

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| MARIA CYNTHIA BUSTAMANTE, | § | No. 08-18-00037-CR |
| Appellant, | § | Appeal from the |
| v. | § | County Criminal Court No. 4 |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20140C06099) |
| | § | |

# **O R D E R**

The reporter's record was due to be filed on June 12, 2018 and none has been filed. Jason Mestas, Court Reporter for County Criminal Court No. 4 of El Paso County, advised the Court on June 15, 2018 and June 26, 2018 that he has not received a written request/designation for the record from Appellant and Appellant has not made financial arrangements for the preparation of the reporter's record. It is unclear from the record whether Appellant is indigent for purposes of appeal because the trial court granted Appellant's motion for appointment of counsel, but Appellant is currently represented by retained counsel.

Therefore, it is ORDERED that the trial court conduct a hearing to determine whether Appellant wishes to continue the appeal. If Appellant wishes to continue with the appeal, the trial court must determine whether Appellant is able to afford to pay for the reporter's record. The trial court shall forward its findings to the County Clerk of El Paso County, Texas, on or before July 16, 2018. The County Clerk shall prepare and forward a supplemental clerk's record containing the trial court's findings and forward the same to this Court on or before July 26, 2018. Further, the trial court's reporter shall prepare, certify, and file the record of the trial court proceedings with this Court on or before July 26, 2018.

IT IS SO ORDERED this 26th day of June, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.